JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph32 Broadway, Suite 601
D. Maimon KirschenbaumNew York, NY 10004
Denise SchulmanPhone (212) 688-5640
Josef NussbaumFax (212) 688-2548
Lucas C. Buzzardwww.jk-llp.com

December 21, 2018

**VIA ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:***Smith v. Host RG 54, et al.*
No.: 18-cv-3331

Dear Judge Caproni:

We represent Plaintiffs Frank Smith and Gregory White in the above-referenced matter. I write pursuant to the Court's Order dated December 10, 2018 regarding the parties' proposed settlement of this Fair Labor Standards Act ("FLSA") case. The parties' have agreed to modify the general release contained in Paragraph 3 of their settlement agreement consistent with the Court's instructions in its December 10 Order. Attached hereto as Exhibit 1 is the parties' amended agreement, which provides a more limited release under which Plaintiffs have released Defendants only from any and all claims pursuant to the FLSA, New York Labor Law, and relevant New York regulations that were "alleged in this Litigation." *See* Ex. 1 ¶ 3. The parties have also amended paragraphs 4 and 5 of the agreement to conform to the more limited release in paragraph 3.

The only other changes to the amended agreement are contained in paragraph 2, which incorporate into the text of paragraph 2 edits that the parties previously expressed in an Addendum to their original agreement, which was submitted to the Court and referenced in the parties' original November 19 letter seeking approval of their settlement. *See* ECF No. 19 (Letter) at 4; ECF No. 19-1 at Addendum.

For the foregoing reasons, as well for the reasons set forth in Plaintiffs' November 19 letter (ECF No. 19), Plaintiffs respectfully request that the Court approve the parties' settlement and so order the stipulation of dismissal. We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Lucas C. Buzzard*____
Lucas C. Buzzard

cc: Mark E. Spund (via ECF).